In the United States District Court
For the Southern District of Texas
Houston Division

Michael H. Milby
515 Rusk Street
Houston Tx 77002

Dear Michael Milby:

Enclosed Please find:

_____ Due Diligence Affidavit for the following case

\_\_X\_\_\_\_\_ Return of Service for the following case.

Case Number: H-02-2491

B 02-175

versus

United States Courts
Southern District of Texas
FILED
AUG 1 2 2002
Michael N. Milby, Clerk



00 0429LG TX13595



In the United States District Court
For the Southern District of Texas
Houston Division

Entertainment By J & J Inc.
   Plaintiff

Versus

Jesus Alonso Pena, Defendant, and
ANEP Inc., doing business as Dolce Vita

   Defendants

Civil Case



H-02-2491
B 02-175

## SUMMONS

To Jesus Alonso Pena, Defendant, and ANEP Inc., doing business as Dolce Vita, Defendant, by serving Jesus Pena, individually and as registered agent of the corporation, at 310 Arroyo Dr., Harlingen, Texas 78550.

You are summoned and required to serve upon Riecke Baumann, Plaintiff's attorney, whose address is 1601 Westheimer Road, Houston, Texas 77006, an answer to the complaint which is served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Michael Milby
Clerk of Court

_____
Deputy Clerk     Date 7/8/02

Note: This summons is issued pursuant, to Rule 4 of the Federal Rules of Civil Procedure.

| | Return of Service | |
|---|---|---|
| Service of the Summons and complaint was made by me on the _____ day of _____, 200____ | Name | Pro( Ser\ |
| Method of service: | | |
| Personally served on Defendant _____, <br><br> Personally served on Defendant _____, <br><br> Personally served on Defendant _____, | Address of service <br><br><br> Address of service <br><br><br> Address of service | |
| Left copies at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. | Name of person with whom the citation and summons were served: <br><br> _____ | |
| Returned unserved | | |
| Other (specify) | | |
| Statement of Service Fees | | |
| Services $_____ | Total $_____ | |

Server's Declaration

I declare, under penalty of perjury under the laws of the United States of America, that the information contained in this Return of Service and Statement of Service Fees is correct.

Executed on _____, 200\_\_\_\_

                                                 Signature of Server

Address of Server: _____

## OFFICERS RETURN OF SERVICE

| | | |
|---|---|---|
| **COUNTY: SOUTHERN DIST.** | **CASE # H022491** | **COURT** |
| | | Clt. Ref.# PENA, JESUS A Clt.#   102 |

ENTERTAINMENT BY J & J INC.

VS

JESUS ALONSO PENA, DEFENDANT AND ANEP INC., DOING BUSINESS AS DOLCE VITA

The documents came to hand for service on 07/24/02  Time: 10:00:00

Documents received for service:

**SUMMONS; COMPLAINT**

The documents were delivered on **07/24/02  Time: 15:00:00**

Executed at: 310 Arroyo Drive
              Harlingen, TX 78550

to the following: **Pena, Jesus Alonso**

__✓__  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Eddie M Gonzalez_____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____

Witness Fee Tendered:_____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this 24 - day of July 2002.

PCP Inv. #R0702 122

NOTARY PUBLIC FOR THE STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005