

## In the United States District Court
## For the Southern District of Texas
## Houston Division

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J INC.<br>Plaintiff, | § | CIVIL CASE |
| VS. | § | H-02-2491 |
| JESUS ALONSO PENA, Defendant,<br>AND ANEP INC., doing business as<br>Dolce Vita<br>Defendant. | | B 02-175 |



### DEFENDANT'S ORIGINAL ANSWER

NOW COMES Defendant, Jesus Alonso Pena and ANEP Inc., named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Federal Rules of Civil Procedure.

### PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____
Jesus Alonso Pena, Individual and Representative for
ANEP Inc., doing business as Dolce Vita

**Appearing before this Honorable Court Pro-Se.**

Jesus Alonso Pena

310 East Arroyo Drive

Harlingen, Texas 78550

Tel: (956) 499-4801

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2002, a true and correct copy of Defendant's Original Answer was served by certified mail, return receipt requested on Riecke Baumann at 1601 Westheimer Road, Houston, Texas 77006.

_____
Jesus Alonso Pena
Defendant (Appearing Pro-Se)

310 East Arroyo Drive
Harlingen, Texas 78550
Tel: (956) 499-4801