

**In the United States District Court
For the Southern District of Texas
Houston Division**

| | |
|---|---|
| **ENTERTAINMENT BY J & J INC.**<br>**Plaintiff,** | Civil Case |
| V. | H-02-2491 |
| **JESUS ALONSO PENA,**<br>**DEFENDANT, AND ANEP INC., d/b/a**<br>**Dolce Vita**<br>**Defendant.** | B 02-175 |

### DEFENDANT'S MOTION TO TRANSFER VENUE

**NOW COMES**, Defendant Jesus Alonso Pena, Defendant, and ANEP Inc., as Movant herein, and files this Motion to Transfer Venue, and shows the Court:

I.

The Federal District of Houston where Plaintiff filed this suit is not the proper venue for this cause. Movant specifically denies the following allegation of venue:

 A. Defendant specifically contends that Venue as set out under 28 U.S.C. 1391(b) is proper but would show this court that in the interest of justice and for the convenience of the parties involved, the appropriate court would be the Southern District of Texas, Brownsville Division. Defendant would show that the Southern District of Texas, Brownsville Division would in fact serve the interest of all parties involved. Furthermore, defendant would put forth the following as evidence for the need that this case be transferred to the Brownsville Division of the Southern District of Texas.

 A. All or a substantial part of the events giving rise to the cause of action occurred in Harlingen, Texas, County of Cameron Texas.

 B. Movant resides in Cameron County at the time the cause of action accrued.

 C. Cameron County is the situs of Defendant's principal office in this state.



III.

Therefore, pursuant to the general venue provisions, the venue of this cause is most appropriate in the United States District Court for the Southern District of Texas, Brownsville Division.

IV.

Movant requests a transfer of venue for convenience and in the interest of justice.

    A.    Movant claims the parties and witnesses will be inconvenienced by maintaining this claim in the United States District Court for the Southern District of Texas, Houston Division.

    B.    Movant claims maintenance of this suit in Houston Division will work an economic and personal hardship on the parties and witnesses.

    C.    Movant claims the Brownsville Division for the Southern District of Texas will not work such economic and personal hardship on the witnesses because Brownsville, Texas is the county seat where the alleged claim arose.

    D.    Movant claims maintenance of this suit in the Southern District of Texas Brownsville Division will not work such hardship on Plaintiff because Plaintiff undoubtedly has other claims, similar to these, arising out of this same county and Division.

    E.    The United District Court for the Southern District of Texas, Brownsville Division is a proper venue for this cause.

V.

Therefore, for the reasons cited herein, Movant claims the venue for this cause is most appropriate in The United District Court for the Southern District of Texas, Brownsville Division.

**WHEREFORE**, Movant prays this Court will transfer this cause to The United District Court for the Southern District of Texas, Brownsville Division, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: /s/ Jesus A. Pena

Jesus Alonso Pena, Individual and Representative for ANEP Inc., doing business as Dolce Vita

**Appearing before this Honorable Court Pro-Se.**

Jesus Alonso Pena
310 East Arroyo Drive
Harlingen, Texas 78550
Telephone: (956) 499-4801

## CERTIFICATE OF SERVICE

I certify that on August 7, 2002, a true and correct copy of Defendant's Motion to Transfer Venue was served by certified mail, return receipt requested on Riecke Baumann at 1601 Westheimer Road, Houston, Texas 77006.

_____
Jesus Alonso Pena
Defendant (Appearing Pro-Se)

310 East Arroyo Drive
Harlingen, Texas 78550
Tel: (956) 499-4801