In the United States District Court
For the Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ENTERTAINMENT BY J & J INC.<br>Plaintiff, | CIVIL CASE |
| V. | H-02-2491 |
| JESUS ALONSO PENA,<br>DEFENDANT, AND ANEP INC., doing<br>business as Dolce Vita<br>Defendant. | B 02-175 |

## ORDER GRANTING
## DEFENDANT'S MOTION TO TRANSFER VENUE

On _____, the Court considered the Defendant's Motion to Transfer Venue, and after considering the pleadings, ~~the response, the affidavits, any discovery~~ filed, and arguments of counsel, finds that the Motion should be **GRANTED** on the grounds that The United States District Court For the Southern District of Texas, **Houston Division** is an inconvenient forum.

**IT IS THEREFORE ORDERED** that the Motion to Transfer Venue is **GRANTED** and this cause is hereby transferred to The United States District Court for the Southern District of Texas, **Brownsville Division**.

Signed on: _September 9_, 2002.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Jesus Alonso Pena, Defendant, and ANEP Inc., doing
business as Dolce Vita

Appearing Pro-Se

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk