| United States District Court | | | Southern District of Texas |
|---|---|---|---|
| ENTERTAINMENT BY J & J INC. | § | | |
| Plaintiff, | § | CIVIL CASE | |
| | § | | |
| versus | § | B-02-175 | |
| | § | | |
| JESUS ALONSO PENA, Defendant, AND ANEP INC., doing business as Dolce Vita | § § § | | |
| Defendant. | § | | |

## DEFENDANT'S LIST OF FINANCIALLY INTERESTED PARTIES

NOW COMES Defendant, Jesus Alonso Pena and ANEP Inc., named Defendant in the above-entitled and numbered cause, and files this complete list of all entities that are financially interested in this litigation, including any parent, subsidiary, and affiliated corporations.

The following is a complete list of all financially interested parties to this litigation, as submitted by the Defendant.

1) ANEP INC d/b/a Dolce Vita
2) Jesus Alonso Pena, Individually

Respectfully submitted,

By: _Jesus C. Pena_

Jesus Alonso Pena, Individual and Representative for ANEP Inc., doing business as Dolce Vita

**Appearing before this Honorable Court Pro-Se.**
Jesus Alonso Pena
310 East Arroyo Drive
Harlingen, Texas 78550
Tel: (956) 499-4801

## CERTIFICATE OF SERVICE

I certify that on October 4, 2002, a true and correct copy of Defendant's Original Answer was served by certified mail, return receipt requested on Riecke Baumann at 1601 Westheimer Road, Houston, Texas 77006.

*Jesus G. Pena*

Jesus Alonso Pena
Defendant (Appearing Pro-Se)

310 East Arroyo Drive
Harlingen, Texas 78550
Tel: (956) 499-4801