United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | |
|---|---|
| Entertainment by J&J Inc. | ✦ Civil Case |
| Plaintiff | ✦ |
| | ✦ B-02-175 |
| Versus | ✦ |
| Jesus Alonso Pena, & ANEP Inc., d/b/a Dolce Vita | |
| Defendant | ✦ Judge Tagle |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF
### MOTION FOR PRE-TRIAL CONFERENCE BY TELEPHONE

Plaintiff asks the court to permit the pretrial conference to be conducted by telephone, as authorized by Federal Rule of Civil Procedure 16(b).

#### A. Introduction

1. Plaintiff is Entertainment by J&J Inc.; defendant is Jesus Alonso Pena, & ANEP Inc. doing business as Dolce Vita.

2. Plaintiff sued defendant for Boxing Piracy.

3. On September 12, 2002 the court issued a scheduling order, attached as exhibit A.

4. Plaintiff asks the court to conduct the pretrial conference by telephone at the same date and time indicated on the Order Setting Conference, which is January 27, 2003, at 1:45 p.m.

#### B. Argument

5. The court may modify a scheduling order upon a showing of good cause. Fed. R. Civ. P. 16(b); *Huval v. Offshore Pipelines, Inc.*, 86 F.3d 454, 458 (5th Cir. 1996).

6. There is good cause to modify the current scheduling order because it will be judicially efficient and minimize costs for all parties.

#### C. Conclusion

7. Plaintiff asks the court to grant the order to conduct the pre-trial conference by telephone for reasons stated above.

        Respectfully submitted,

        Riecke Baumann
        Attorney at Law
        SBOT # 01931700
        1601 Westheimer Road
        Houston, Texas 77006
        T/P   (713) 529-1600
        Fax   (713) 520-6417
        Riecke@TexasCollect.com

In the United States District Court
For the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| Entertainment by J&J Inc. | ✦ | Civil Case |
| Plaintiff | ✦ | |
| | ✦ | B-02-175 |
| Versus | ✦ | |
| Jesus Alonso Pena, & ANEP Inc., d/b/a Dolce Vita | | |
| Defendant | ✦ | Judge Tagle |

## Certificate of Service and Conference

    Plaintiff's counsel has made several attempts to contact the defendant to agree to conduct the pre-trial conference on January 27, 2003, at 1:45 p.m. by telephone. The number called was (956) 499-4801. The out going message on the voice mail states you reached "Jesse."

    The attempts to contact the defendant were on November 25, 2002, January 2, 2003, and January 6, 2003. A message was left for the defendant to call our office on the last two dates indicated above. A copy of the Motion for Pre-Trial Conference By Telephone was sent to the defendant, Jesus Alonso Pena, & ANEP Inc., d/b/a Dolce Vita, at 424 E. Van Buren, Harlingen, Texas 78550 by first class mail on January 9, 2003.

Respectfully submitted,

*/s/ Riecke Baumann*

Riecke Baumann
Attorney at Law
SBOT # 01931700
1601 Westheimer Road
Houston, Texas 77006
T/P   (713) 529-1600
Fax   (713) 520-6417
Riecke@TexasCollect.com