IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC., § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-02-175 |
| § § | |
| JESUS ALONSO PENA, & ANEP INC., § D/B/A DOLCE VITA § § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on January 16, 2003, the Court **GRANTED** Plaintiff's Motion For Pre-trial Conference By Telephone [Dkt. No. 10].

FURTHERMORE, the Court **ORDERED** Plaintiff to meet and confer with Defendants pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, if the parties have not already done so, and to file a Joint Discovery/Case Management Plan pursuant to the Chamber's Civil Procedure Manual 7.A.1 on or before January 23, 2003. A form Joint Discovery/Case Management Plan is attached to the Chamber's Civil Procedure Manual which can be obtained from the District Clerk's Office or online at http://www.txs.uscourts.gov/judges/hgt/home.htm.

DONE at Brownsville, Texas, this 16th day of January 2003.

Hilda G. Tagle
United States District Court