# Civil Courtroom Minutes

/12 C

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 1 — 27 — 03 |
| TIME | a.m. — a.m. / 1:55 p.m. — 2:05 p.m. |
| CIVIL ACTION | B — 02 — 175 |
| STYLE | ENTERTAINMENT BY J&J INC *versus* PENA, ET AL. |



United States District Court
Southern District of Texas
FILED
JAN 27 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Rieck Baumann

Attorney(s) for Defendant(s):   Jesus Alonso Pena, pro se

Comments

1.  Mr. Bauman appeared telephonically.

2.  The parties explained that they have agreed to settle the case. An agreed judgment for $7500 will be entered. Defendant will pay $2600 on February 14, 2003, and $800 for each of the three following months for a total of $5000. If all payments are made, Defendant will be released from liability. If all payments are not made, Plaintiff will enter the $7500 judgment and seek full payment. The parties agreed on the record that these are the terms of their settlement.