IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CIVIL ACTION NO. B-02-175 |
| JESUS ALONSO PENA, & ANEP INC., D/B/A DOLCE VITA | | |
| Defendants. | | |

## ORDER

BE IT REMEMBERED that on February 7, 2003, the Court **ORDERED** the parties to file on or before February 12, 2003, either a written notice of settlement pursuant to Chamber's Civil Procedure Manual Rule 15 B. 1. or documentation that the case has not been settled . At the Initial Pretrial Conference on January 27, 2003, the parties announced on the record that they had settled the matter and recited for the Court certain terms of settlement.  Once a settlement is reached in a case the parties are obligated to file a written notice.  A written notice of settlement is overdue in this case.

Done at Brownsville, Texas, this 7th day of February 2003.

Hilda G. Tagle
United States District Judge