00 0429LG TX13595

United States District Court
Southern District of Texas
ENTERED

FEB 27 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

In the United States District Court
For the Southern District of Texas
Brownsville Division

Entertainment By J & J Inc.
 Plaintiff

Versus

ANEP Inc. doing business as Dolce Vita

 Defendant

✦ Civil Case
✦
✦ B-02-175
✦
✦
 Judge Tagle

## Agreed Final Judgment

The parties' having agreed to final judgment,

It is ORDERED that Plaintiff, Entertainment By J & J Inc., have judgment against ANEP Inc. doing business as Dolce Vita, for $7500, together with costs, all to bear interest at the rate of two per cent per annum from the date of judgment, for all of which let execution and abstracts immediately issue.

All other relief not granted, including counterclaims, is denied.

SIGNED on the 21 day of Feby, 2003.

Judge Hilda G. Tagle